UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES,                                              :
:
:
:
    - against -                                             :    23-CR-134 (VSB)
:
:                                                                **ORDER**
:
DARRYL COHEN, BRIAN GILDER,                                 :
CHARLES BRISCOE, AND CALVIN                                 :
DARDEN, JR.,                                                :
:
                                Defendants.                 :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      The initial conference, presentment, and arraignment in this matter currently set for April 10, 2023, at 2:00 p.m., is hereby reset to April 10, 2023, at 11:00 a.m. Eastern Standard Time. The conference will proceed by video web conference.  The Court will email counsel for the Government and Defendants access instructions for the conference once counsel for all parties have noticed appearances.

SO ORDERED.

Dated: March 27, 2023
      New York, New York

*[signature]*

Vernon S. Broderick
United States District Judge