UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                 :
UNITED STATES,                               :

              - against -                     :          23-CR-134 (VSB)
                                                 :          **ORDER**
DARRYL COHEN, BRIAN GILDER,   :
CHARLES BRISCOE, AND CALVIN :
DARDEN, JR.,                               :

                        Defendants.  :
------------------------------------------------------------X

**VERNON S. BRODERICK, United States District Judge:**

       The initial conference, presentment, and arraignment in this matter will be held by video teleconference. The public may listen to this conference by calling conference line 646-453-4442, with access code 449209044.

SO ORDERED.

Dated: April 10, 2023
       New York, New York

                                                                  Vernon S. Broderick
                                                                  United States District Judge