

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 18, 2023

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States District Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:     *United States* v. *Darryl Cohen*, 23 Cr. 134 (VSB)

Dear Judge Broderick:

The Government and counsel for defendant Darryl Cohen have reached agreement regarding the entrance of a protective order in this matter.  The Government submits the enclosed proposed protective order for the Court's consideration and respectfully requests that the Court enter the proposed order.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Katherine C. Reilly
Kevin Mead
Assistant United States Attorneys
(212) 637-6521/2211

cc:     Edward Kim, Esq.; Vladislav Shafran, Esq.; and Mark Sedlander, Esq. (by ECF)