```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES,                                              :
                                                            :
                                                            :
              - against -                                   :    23-CR-134 (VSB)
                                                            :
                                                            :         ORDER
DARRYL COHEN, BRIAN GILDER,                                 :
CHARLES BRISCOE, AND CALVIN                                 :
DARDEN, JR.,                                                :
                                                            :
                               Defendants.                  :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      As Defendant Charles Briscoe is now represented by the Federal Defenders, (Doc. 47), the conference scheduled for May 12, 2023, at 2:00 p.m. is adjourned *sine die*.

SO ORDERED.

Dated: May 10, 2023
      New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge