APPLICATION GRANTED
SO ORDERED

VERNON S. BRODERICK
U.S.D.J.  5/16/2023

**KRIEGER KIM & LEWIN** LLP

350 Fifth Avenue, 77th Floor
New York, NY 10118

May 15, 2023

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Darryl Cohen, et al.*, 23 Cr. 134 (VSB)

Dear Judge Broderick:

      We represent Darryl Cohen in the above-captioned case. We write to respectfully request the Court's permission for Mr. Cohen to travel from his residence in Los Angeles, CA to Park City, UT from on or about July 21, 2023 to on or about July 30, 2023 for a family road trip. The government and Pretrial Services do not oppose this request.

      Under the terms of his release, Mr. Cohen must remain within the Central District of California, the District of Nevada, the Southern District of New York, and the Eastern District of New York, with travel permitted between these districts.

      Should the Court approve this request, Mr. Cohen and his family would drive from Los Angeles to Park City, with stopovers at his home in Las Vegas, NV both on the way to and from Park City.

      We thank the Court for its consideration of this request.

      Respectfully submitted,
      KRIEGER KIM & LEWIN LLP

By: _____
Edward Y. Kim
Vladislav Shafran

cc:    AUSA Katherine Reilly (by ECF)
       AUSA Kevin Mead (by ECF)
       Pretrial Services Officer Camari McWright (by email)