Case 1:23-cr-00134-VSB   Document 65   Filed 07/10/23   Page 1 of 1

**KRIEGER KIM & LEWIN LLP**

350 Fifth Avenue, 77th Floor
New York, NY 10118

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  7/10/2023

July 7, 2023

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Darryl Cohen, et al.*, 23 Cr. 134 (VSB)

Dear Judge Broderick:

     We represent Darryl Cohen in the above-captioned case. Under the terms of his release, Mr. Cohen must remain within the Central District of California, the District of Nevada, the Southern District of New York, and the Eastern District of New York, with travel permitted between these districts.

     We write to respectfully request the Court's permission for Mr. Cohen to travel from Los Angeles, CA to the state of Hawaii from on or about December 31, 2023 to on or about January 6, 2024 for a trip with his family. The government and Pretrial Services do not oppose this request.

     We thank the Court for its consideration of this request.

                                                  Respectfully submitted,
                                                 KRIEGER KIM & LEWIN LLP

                              By: _____
                                     Edward Y. Kim
                                   Vladislav Shafran

cc:     AUSA Katherine Reilly (by ECF)
         AUSA Kevin Mead (by ECF)
         Pretrial Services Officer Camari McWright (by email)