Trial in this matter is hereby set for September 16, 2024.

Telephone: (212) 390-9550
www.KKLllp.com

August 15, 2023

By ECF

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Darryl Cohen*, *et al.*, 23 Cr. 134 (VSB)

Dear Judge Broderick:

    Your Honor directed the parties to file a joint letter by August 15, 2023, indicating the parties' availability for potential trial dates in June 2024 or thereafter. In light of scheduling conflicts between June and August 2024, counsel for the defendants respectfully propose a September 16, 2024 trial date. We have conferred with the government, who are available during that period and have no objection.

    We thank the Court for its consideration.

                                      Respectfully submitted,
                                      KRIEGER KIM & LEWIN LLP

                          By:   [signature]
                                      Edward Y. Kim
                                      Vlad Shafran

cc:      Counsel of Record (by ECF)