**BLOCH & WHITE LLP**

152 WEST 57TH STREET, EIGHTH FLOOR
NEW YORK, NEW YORK 10019
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3820
DIRECT E-MAIL: MBLOCH@BLOCHWHITE.COM

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 04/29/2024

Defendant must provide Pretrial Services with his travel arrangements and itineraries.

**Via ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Darryl Cohen et al.*, 23 Cr. 134 (VSB)

Dear Judge Broderick,

    I write to respectfully request the Court's permission for Mr. Cohen to travel from his residence in Los Angeles, California to two family vacations in Mexico this summer. The Government and Pretrial Services take no position on these requests.

    Specifically, Mr. Cohen seeks permission to travel from Los Angeles, California to Puerto Vallarta, Mexico from on or about July 23, 2024, to on or about July 30, 2024. Mr. Cohen hopes to travel to Puerto Vallarta with his two sons, one of whom is a minor who lives with Mr. Cohen and who is in Mr. Cohen's sole parental custody. Mr. Cohen additionally seeks permission to travel to San Jose del Cabo, Mexico from on or about August 6, 2024, to on or about August 13, 2024.

    Mr. Cohen continues to remain fully compliant with the terms of his pretrial supervision. Under the terms of his release, Mr. Cohen must remain within the Central District of California, the District of Nevada, the Southern District of New York, and the Eastern District of New York, with travel permitted between these districts.

    We thank the Court for considering these requests.

                                   Respectfully submitted,

                                   Michael L. Bloch

cc: AUSA Katherine Reilly (by ECF)
    AUSA Kevin Mead (by ECF)
    Pretrial Services Officer Karina Chin Vilefort (SDNY) (by email)
    Pretrial Services Officer Michael Cryer (CDCA) (by email)