**SO ORDERED:**

*/s/ Vernon Broderick*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

The briefing schedule for any pretrial motions is hereby adjourned. The parties are directed to submit an updated letter proposing a new motions schedule and trial date. The parties are advised that the Court's next available trial date is June 2, 2025.

Dated: August 9, 2024

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Darryl Cohen et al.*, 23 Cr. 134 (VSB)

Dear Judge Broderick,

We write on behalf of our client, Darryl Cohen, to request a trial continuance and the below extensions to the upcoming deadlines in Mr. Cohen's case. The government consents to this request.

Defense counsel requests extensions of both the motions and trial date, principally because the undersigned expects to be on parental leave beginning in November 2024, making the current trial date logistically untenable. In addition, defense counsel is still in the process of reviewing the complex and voluminous discovery in Mr. Cohen's case. The Government and defense jointly propose the below motions schedule and trial date, subject to the Court's availability. The Government has informed defense counsel that it will object to any further extensions of the trial date.

| **Deadline** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Motions | August 12, 2024 | October 21, 2024 |
| Oppositions | September 16, 2024 | November 25, 2024 |
| Replies | October 7, 2024 | December 16, 2024 |
| Trial date | February 18, 2025 | May 6, 2025 |

We thank the Court for its consideration of this request.

Respectfully submitted,

_____
Michael L. Bloch