

MANCINI SHENK LLP
1925 Century Park East, Suite 1700  |  Los Angeles, California 90067
Direct: (424) 652-4016  |  msedlander@mancinishenk.com

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. 3/5/2025

Mr. Cohen is permitted to travel Puerto Vallarta, Mexico from May 25, 2025, to May 31, 2025.

Re: *United States v. Darryl Cohen, et al.*, 23 Cr 134 (VSB)

Dear Judge Broderick:

  I write to respectfully request the Court's permission for Darryl Cohen to travel from his residence in Los Angeles, California to Puerto Vallarta, Mexico. Mr. Cohen hopes to travel to a family timeshare in Puerto Vallarta, Mexico from on or about May 25, 2025, to May 31, 2025, with his family. Mr. Cohen can retrieve his passport from Pretrial Services on May 24, 2025, and return it to Pretrial Services on June 1, 2025, or on a weekday around those dates at the direction of Pretrial Services. Mr. Cohen will provide Pretrial Services with his full itinerary, including travel dates, and the location of his stay, consistent with prior Court-approved international travel.

  Pretrial Services has no objection to this request and the government takes no position. Mr. Cohen continues to remain fully compliant with the terms of his pretrial supervision. Under the terms of his release, Mr. Cohen must remain within the Central District of California, the District of Nevada, the Southern District of New York, and the Eastern District of New York, with travel permitted between these districts.

//
//
//



The Hon. Vernon S. Broderick
Page 2
March 4, 2025

      We thank the Court for considering this request.

                                              Respectfully submitted,
                                              MANCINI SHENK LLP

                                          By: _____
                                                  Mark Sedlander

cc:    AUSA Kevin Mead (by ECF)
        AUSA Brandon Thompson (by ECF)
        AUSA William Kinder (by ECF)
        Pretrial Services Officer Karina Chin Vilefort (SDNY) (by email)
        Pretrial Services Officer Anita Navarro (CDCA) (by email)