UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
-v-                                                    :
:           23-CR-134 (VSB)
:
DARRYL COHEN,                                          :           **ORDER**
:
Defendant.           :
:
------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Trial in the above-captioned case is scheduled to begin on January 20, 2026 at 10:00 a.m.

IT IS HEREBY ORDERED that any pretrial motions, including motions in limine, are due on or before December 15, 2025, with responses due on or before December 22, 2025.

IT IS FURTHER ORDERED that the parties' joint proposed voir dire questions, a short description of the case, jury instructions, and verdict forms or trial memoranda shall be filed on or before January 5, 2026.  In addition, each party shall email those documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on January 13, 2026 at 2:00 p.m.

SO ORDERED.

Dated:   July 21, 2025
         New York, New York

_Vernon Broderick_
Vernon S. Broderick
United States District Judge

1