

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 5, 2025

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:    **United States v. Darryl Cohen**, 23 Cr. 134 (VSB)

Dear Judge Broderick:

On August 5, 2025, the defense filed a motion seeking to require this Office to obtain files he claims are in the possession of the Securities & Exchange Commission (the "SEC"). The Government's opposition is presently due today, September 5, 2025. Dkt. 310. Today, on the day the Government's opposition is due, the defendant filed a four-page supplement to his motion. The Government respectfully requests that its deadline to file an opposition to the defendant's motion and his supplement be adjourned until Wednesday, September 10, to allow the Government to address the new arguments the defendant made for the first time today in his supplement. The defendant has no objection to the adjournment.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: */s/ Kevin Mead*
Kevin Mead
Brandon C. Thompson
William C. Kinder
Assistant United States Attorneys
(212) 637-2211/2444/2394

Dated:  September 5, 2025

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.