UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
          :
UNITED STATES OF AMERICA,       :
          :
    -v-          :
          :    23-CR-134 (VSB)
          :
DARRYL COHEN,          :    **ORDER**
          :
        Defendant.   :
          :
------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Defendant Darryl Cohen's letter dated September 25, 2025, indicating that the Government has denied the request that was discussed at the July 18, 2025 status conference. (Doc. 317.) At that status conference, Defendant indicated that such a denial may lead to additional motion practice. The parties are directed to confer and submit a joint letter by October 8, 2025 indicating whether the parties anticipate additional motion practice prior to the December 15, 2025 deadline for pretrial motions. If so, the parties should propose a joint briefing schedule.

SO ORDERED.

Dated:    September 26, 2025
          New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge