

MANCINI SHENK LLP
1925 Century Park East, Suite 1700  |  Los Angeles, California 90067
Direct: (424) 652-4016  |  msedlander@mancinishenk.com

October 20, 2025

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        **Re:** *United States v. Darryl Cohen, et al.*, **23 Cr 134 (VSB)**

Dear Judge Broderick:

       I write to respectfully request the Court's permission for Darryl Cohen to travel to and from the Southern District of California on different dates than previously requested—and approved—and to modify Mr. Cohen's bond conditions to permit, with Pretrial Services' approval, domestic travel outside of certain pre-approved districts.

       First, Mr. Cohen requests the Court's permission to travel to San Diego in the Southern District of California on October 21, 2025, and to return to the Central District of California on October 22, 2025. Mr. Cohen will provide Pretrial Services with his full itinerary, including travel dates, and the location of his stay, consistent with prior Court-approved travel. Mr. Cohen had previously requested—and received—the Court's permission for this trip to occur on October 20 and October 21, 2025. *See* Dkt. 335.

       Second, Mr. Cohen seeks a modification of his bond conditions to permit Pretrial Services to grant prior permission for domestic travel outside of certain pre-approved districts. The current bond condition includes the following travel restriction: "SDNY/EDNY/CDCA/DNV and points in between for travel purposes only." Mr. Cohen requests the addition of the following language, or substantially similar language, to that bond condition: "…unless prior permission is granted by Pretrial Services to travel to a specific other location. Court permission is required for international travel."

//
//
//



The Hon. Vernon S. Broderick
Page 2
October 20, 2025

      Pretrial Services does not oppose this request and the government has no objection. Mr. Cohen continues to remain fully compliant with the terms of his pretrial supervision.

      We thank the Court for considering this request.

Respectfully submitted,<br>
MANCINI SHENK LLP<br><br>
By: _____<br>
    Mark Sedlander

cc:    AUSA Kevin Mead (by ECF)
       AUSA Brandon Thompson (by ECF)
       AUSA William Kinder (by ECF)
       Pretrial Services Officer Vanessa Perdomo (SDNY) (by email)
       Pretrial Services Officer Anita Navarro (CDCA) (by email)

---

Mr. Cohen may travel to San Diego in the Southern District of California on October 21, 2025 and return to the Central District of California on October 22, 2025. The Court will issue a ruling on the proposed bond condition modification at a later date.

**SO ORDERED:** October 20, 2025

_Vernon Broderick_
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE