```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
                                                           :
                                                           :
            - against -                                    :    23-CR-134 (VSB)
                                                           :
                                                           :       **ORDER**
                                                           :
DARRYL COHEN,                                              :
                                                           :
                        Defendant.                         :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Mr. Cohen's letter, dated October 20, 2025, requesting a modification of his bond conditions to permit pretrial services to grant prior permission for domestic travel outside of certain pre-approved districts. (Doc. 336.) As pretrial services does not oppose the request, the government has no objection, and Mr. Cohen continues to remain fully compliant with the terms of his pretrial supervision, this request is hereby GRANTED.

The bond condition at issue is modified to read: "SDNY/EDNY/CDCA/DNV and points in between for travel purposes only unless prior permission is granted by pretrial services to travel to a specific other location. Court permission is required for international travel."

Dated: October 22, 2025
    New York, New York

*[Signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge