**BLOCH & WHITE LLP**

90 BROAD STREET, SUITE 703
NEW YORK, NEW YORK 10004
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3820
DIRECT E-MAIL: MBLOCH@BLOCHWHITE.COM

October 29, 2025

**Via ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
BroderickNYSDChambers@nysd.uscourts.gov

**APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.**   10/29/2025

Re: *United States v. Cohen,* No. 23-cr-134 (VSB)

Dear Judge Broderick,

We write to request a brief extension of the motion to compel briefing schedule. *See* ECF No. 331. We request a brief extension due to the recent scheduling of a medical procedure that defense counsel underwent this week. The Government consents to the request. Accordingly, the parties jointly propose the following revised briefing schedule:

- November 6, 2025: Opening Brief (currently scheduled for October 30, 2025)
- December 4, 2025: Opposition Brief (currently scheduled for November 20, 2025)
- December 22, 2025: Reply Brief (currently scheduled for December 11, 2025)

We thank the Court for considering this request.

Respectfully submitted,

Michael L. Bloch

BLOCH & WHITE LLP
Michael L. Bloch
Benjamin D. White
Deborah Frankel
Cristina Alvarez
90 Broad Street, Suite 703
New York, NY 10004
(212) 901-3820
mbloch@blochwhite.com

MANCINI SHENK LLP
Mark Sedlander, Esq.
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
(424) 652-4016
msedlander@mancinishenk.com