UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA,        :
                                         :

       - against -           :

                                         :         23-CR-134 (VSB)

DARRYL COHEN,             :
                                       :            **ORDER**

                      Defendant.  :
                                       :
--------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       I am in receipt of Defendant's Partially Redacted Motion to Disclose Grand Jury

Materials, and the supporting exhibits, both transmitted *ex parte* and under seal.  *See United

States v. Weissman*, No. 01-CR-529, 2002 WL 1467845, at *1 (S.D.N.Y. July 8, 2002) ("[T]he

Court will allow *ex parte* applications where a party can demonstrate that it would be required to

prematurely disclose its trial strategy, witness list, or other privileged information in its

application.").

       Defendant may file the Partially Redacted Motion to Disclose Grand Jury Materials

publicly on the docket.  Defendant will refrain from filing the supporting exhibits until it receives

further direction from the Court.

       If the Government intends to file any motion opposing Defendant's redactions, it shall do

so by November 17, 2025, and the Defendant will file any response by November 24, 2025.


SO ORDERED.

Dated:    November 7, 2025
          New York, New York

                                                         Vernon S. Broderick
                                         United States District Judge