**BLOCH & WHITE LLP**

90 BROAD STREET, SUITE 703
NEW YORK, NEW YORK 10004
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3820
DIRECT E-MAIL: MBLOCH@BLOCHWHITE.COM

December 1, 2025

<u>Via ECF</u>

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Darryl Cohen,* No. 23-CR-134 (VSB)

Dear Judge Broderick,

  We write to request a conference with the Court and the Government as soon as practicable to provide the defense with an opportunity to address the arguments raised in the Government's opposition to the defense's request for an adjournment.

  We thank the Court for considering this request.

Respectfully submitted,

*Michael Bloch*

Michael L. Bloch

BLOCH & WHITE LLP
Michael L. Bloch
Benjamin D. White
Cristina Alvarez
90 Broad Street, Suite 703
New York, NY 10004
(212) 901-3820
mbloch@blochwhite.com

---

A conference is hereby scheduled for Wednesday, December 3, 2025 at 12:30 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, NY, 10007.

SO ORDERED: 12/2/2025

*Vernon Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

MANCINI SHENK LLP
Mark Sedlander
1925 Century Park East, Suite 1700
Los Angeles, California 90067
(424) 652-4016
msedlander@mancinishenk.com

*Counsel for Darryl Cohen*

2