UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA,       :

                                     :

         - against -         :

                                     :              23-CR-134 (VSB)

DARRYL COHEN,                :

                                     :                **ORDER**

                     Defendant.   :

                                     :

--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant's letter motion filed on November 20, 2025 requesting "[e]xpedited disclosure of *Brady/Giglio* material in the Government's possession related to Mr. Parsons," (Doc. 357 at 2), because "issues related to Mr. Parsons's testimony will likely be the subject of pre-trial litigation," (*id.*), and the previous deadline for disclosure of such materials came after the Court-ordered motion in *limine* deadline of December 15, 2025, (Doc. 300). I am also in receipt of the Government's response, filed on December 4, 2025. (Doc. 367.)

In order to obviate this dispute, IT IS HEREBY ORDERED that any pretrial motions, including motions in *limine*, will now be due on or before December 22, 2025, with responses due on or before January 3, 2026.

All other aspects of my previous scheduling order will remain intact, including the January 5, 2026 date for submission of the parties' joint proposed voir dire questions, a short description of the case, jury instructions, and verdict forms or trial memoranda, and the January 20, 2026 trial date. (*See* Doc. 300.)

SO ORDERED.

Dated:    December 5, 2025
         New York, New York

Vernon S. Broderick
United States District Judge