UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                 :

UNITED STATES OF AMERICA,        :
                                 :

      -v-                      :

                                 :        23-CR-134 (VSB)

                                 :

DARRYL COHEN,               :        **ORDER**

                                 :

                    Defendant.   :

                                 :
--------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of the Government's letter motion to unseal my sealed order relating to the issuance of subpoenas pursuant to Rule 17(c) by the Defendant.  (Doc. 382.)   In my sealed ex parte order regarding the Defendant's Rule 17(c) subpoena requests I held that "the Defense must provide notice to [victims] prior to the issuance of the subpoenas [to third-parties] 'so that the victim[s] can move to quash or modify the subpoena or otherwise object,' to the extent the victims' personal or confidential information is sought.  Fed. R. Crim. P. 17(c)(3)."  (Doc. 377.)

Defense shall file a brief letter explaining whether they complied with my order or whether, as the Government alleges, they "may not have fully complied with Rule 17(c)(3)" by January 5, 2026.

SO ORDERED.

Dated:     December 31, 2025
           New York, New York

Vernon S. Broderick
United States District Judge