UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                            :

UNITED STATES OF AMERICA,     :
                            :

      - against -       :
                            :                23-CR-134 (VSB)

DARRYL COHEN,         :
                            :                **<u>ORDER</u>**
               Defendant.   :
                            :
--------------------------------------------------------X

    <u>VERNON S. BRODERICK, United States District Judge:</u>

    I am in receipt of the Defense's letter motion requesting a 30-day adjournment of the trial date.  (Doc. 391, ("Ltr. Mot."))  The Government shall file a response on January 5, 2026. In order to facilitate my consideration of the letter motion from the Defense, the response should address, among other things, the following issues:

- How many of the 789 potential exhibits are newly disclosed to the Defense?  In other words, were these documents produced as Rule 16 discovery?
- Does the Government intend to "identify which transactions detailed on the hundreds of thousands of pages it believes are relevant evidence for trial"?  (*See* Ltr. Mot. 2.)
- Has there been any narrowing of the exhibit list since December 19, 2025?
    - If not, will there be any narrowing of the exhibit list?
    - If so, will there be any further narrowing of the exhibit list and when will that narrowing occur?
- How was the readability issue mentioned in n. 1 of the Defense letter motion resolved, including whether it was resolved through electronic means or human diligence?  When was it resolved?
- Are allegations that the Lloyds "create[d] a 'slush fund' to be used to spend money on luxury items beyond what was authorized by the non-profit" part of the Government's case-in-chief or will they be used to impeach the Lloyds?  (*See* Ltr. Mot. 3.)
- Does the Government view Lauren Holiday as an additional alleged victim in this case?
    - If so, when did it make that determination?
    - When did the Government inform the Defense of this view?

- o In what way does the Government consider Lauren Holiday to be a victim, including whether the Government believes that Cohen is responsible for defrauding and/or mismanaging money belonging to Lauren Holiday?

SO ORDERED.

Dated:   January 2, 2026
         New York, New York

Vernon S. Broderick
United States District Judge