UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                  :

UNITED STATES OF AMERICA,         :

                                                  :

            - against -                :                                23-CR-134 (VSB)

                                                  :

DARRYL COHEN,                  :

                                                  :                              **ORDER**

                      Defendant.   :

                                                  :

---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        I am in receipt of the Defense's motion for a short adjournment of trial, filed under seal.

(Letter from M. Bloch, Jan. 8, 2026.)  The trial is hereby adjourned by one week and will begin

on January 27, 2026 with jury selection.  The pre-trial conference is adjourned one week, until

January 20, 2026, at 2:00 p.m.  The return dates of all outstanding defense subpoenas are also

continued one week.  No other existing deadlines will be adjourned.

SO ORDERED.

Dated:    January 9, 2026
            New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge