UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :

UNITED STATES OF AMERICA,         :

                                        :

        - against -         :

                                        :         23-CR-134 (VSB)

DARRYL COHEN,              :

                                        :         **ORDER**

                    Defendant.   :

                                              :

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Daniel A. McGuinness has indicated that he does not have conflicts as the Criminal

Justice Act ("CJA") Attorney for Ramel Lloyd and is hereby formally appointed to be Mr.

Lloyd's CJA attorney in relation to the above-captioned matter.

SO ORDERED.

Dated:    January 23, 2026
           New York, New York

                                      _____
                                      Vernon S. Broderick
                                      United States District Judge