UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                             :

UNITED STATES OF AMERICA,         :

                                             :

          - against -           :

                                           :               23-CR-134 (VSB)

DARRYL COHEN,              :

                                           :                  **ORDER**

                       Defendant.   :

                                           :

----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      The Government filed a motion to quash 11 Defense subpoenas on January 12, 2026. (Doc. 408.)  The Defense filed its opposition on January 17, 2026.  (Doc. 413.)  On January 18, 2026, the Government filed a reply brief.  (Doc. 414.)  On January 19, 2026, the Defense filed a sur-reply.  (Doc. 416.)  This short order will be followed by an opinion and order that will lay out in more detail my reasoning for the disposition with regard to each subpoena and the document requests referenced below.  The rulings on the subpoenas do not constitute a determination of the admissibility of any piece of evidence or set of documents sought by the referenced subpoenas.

      The Government's motions to quash the subpoenas served on Chandler Parsons on December 17, 2025, on Courtney Lee on December 17, 2025, and on Jrue Holiday on December 17, 2025 are DENIED, except that the motions are GRANTED as to the document requests seeking communications between the three Victim Athletes.  (Parsons Subpoena, Request Two; Lee Subpoena, Request Three; Holiday Subpoena, Request Two.)

      The Government's motion to quash the subpoena served on Daniel Frank on December 17, 2025 is GRANTED.

The Government's motion to quash the subpoena served on Morgan Stanley on December 24, 2025 is GRANTED.[1]

The Government's motion to quash the subpoena served on Jamison Malone on January 1, 2026 is GRANTED.

I understand that Morgan Stanley has substantially complied with the subpoena served on Morgan Stanley on December 17, 2025.  (Doc. 435.)  The Government's motion to quash this subpoena is therefore DENIED as moot to the extent that there is no longer an active dispute over the scope of Morgan Stanley's document production.  To the extent that the Defense is unable to resolve the "minor aspects" of Morgan Stanley's compliance that it "continue[s] to negotiate," (*id.* at n.1), I will revisit this ruling.

The parties are ordered to meet and confer concerning whether, given the Government's representation that no documents exist in response to the subpoena served on FINRA on December 17, 2025, the Government's motion to quash this subpoena can be denied as moot. (*See* Doc. 408 at 14–16.)  The parties shall advise the Court as to whether they have reached a resolution by January 30, 2026.

The parties are ordered to further meet and confer as to a stipulation regarding the subpoena served on Lincoln Financial Group on December 10, 2025, and to also advise the Court as to whether they have reached a resolution on the scope of discovery from Lincoln Financial Group by January 30, 2026.  (*See* Doc. 413 at 10.)

In light of the fact that the Government is no longer seeking to offer into evidence testimony from DeSean Jackson and Brandon Mebane, the Government's motion to quash the subpoena served on Morgan Stanley on December 30, 2025 is GRANTED since neither DeSean

---

[1] The Defense has indicated that it has withdrawn one portion of its subpoena.  (Doc. 424.)  This ruling only encompasses the disputed document request, which relates to Ms. Stephanie Peralta's personnel file.

Jackson nor Brandon Mebane will be testifying.  However, if the Defense believes that these documents are still somehow relevant it will explain their relevance in a proffer to the Court by January 30, 2026.  Further, in the same proffer, the Defense will also explain whether it intends to withdraw the subpoena served on Rita Cheney on January 1, 2026 for substantially the same reasons it withdrew the document requests pertaining to Rita Cheney from its December 24, 2025 subpoena served on Morgan Stanley.  (*See* Doc. 424.)

SO ORDERED.

Dated: January 26, 2026
       New York, New York

Vernon S. Broderick
United States District Judge