UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                      :

UNITED STATES OF AMERICA,         :

                                        :

        - against -         :

                                        :          23-CR-134 (VSB)

DARRYL COHEN,                 :

                                        :           **ORDER**

                      Defendant.   :

                                          :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On January 5, 2026, I received the parties' joint request to charge.  (Doc. 402-1.)  On February 19, 2026, I transmitted proposed jury instructions to the parties via email.  (Ex. A.)  On February 20, 2026, at 11:00 a.m. EST, I held an initial charge conference at which the parties presented objections to the jury instructions and oral arguments regarding the same.  On February 22, 2026, at my request, both the Government and the Defense also submitted supplemental written argument in favor of their objections to certain of the jury instructions.  (Docs. 476, 478.)  Having reviewed the parties' written and oral objections to the jury instructions, on February 23, 2026, I transmitted amended proposed jury instructions to the parties via email.  (Ex. B.)  On February 24, 2026, I held a follow-up charge conference at which the parties presented objections to the revised jury instructions and oral arguments regarding the same.  At 12:53 p.m. EST on February 25, 2026, having reviewed the parties' oral objections to the revised jury instructions, I transmitted presumptively final jury instructions to the parties via email, requesting any final objections that evening  (Ex. C.)  At 8:01 p.m. EST the Defense proposed one objection to Instruction No. 9, which was incorporated, in part, into the final instructions.  (Ex. D.)  That email exchange is attached to this order as Exhibit E.  (Ex. E.)  The parties engaged in final discussions regarding the jury instructions on February 26, 2026, and a

supplement was added for Instruction No. 25, (Ex. F), and was read to the jurors along with the

rest of the final instructions on February 26 and February 27, 2026.


SO ORDERED.

Dated:    March 2, 2026
        New York, New York

                                             Vernon S. Broderick
                                 United States District Judge