# BLOCH & WHITE LLP

90 BROAD STREET, SUITE 703
NEW YORK, NEW YORK 10004
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (646) 780-8055
DIRECT E-MAIL: CALVAREZ@BLOCHWHITE.COM

April 13, 2026

**Via ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Darryl Cohen et al.*, 23 Cr. 134 (VSB)

Dear Judge Broderick,

I write to respectfully request the Court's permission for Mr. Cohen to travel from his residence in Los Angeles, California to Playa Del Carmen, Mexico. Mr. Cohen hopes to travel for a regular family vacation from on or about May 31, 2026, to on or about June 6, 2026. Mr. Cohen will provide pretrial services with his full itinerary if this travel request is granted. Mr. Cohen does not make this travel request lightly and he acknowledges that it arises under circumstances different from those surrounding prior requests approved by the Court. But Mr. Cohen has also definitively established his reliability in remaining entirely compliant with all obligations set by the Court, and he has no intention of varying from that practice whatsoever. He simply would like to take a brief vacation with his loved ones during what is otherwise a stressful period in his life. Since the trial, Mr. Cohen has taken meaningful steps to use his time in constructive ways, and he respectfully hopes to be permitted to join his family on this vacation. Moreover, this family vacation will have no impact on Mr. Cohen's ability to pay any forfeiture amount, should the Court order forfeiture at sentencing.

Pretrial Services does not object to this request. Mr. Cohen continues to remain fully in compliance with the terms of his supervision. Given his compliance throughout the course of this litigation, including since the trial, Mr. Cohen remains on a low level of supervision. Mr. Cohen is also willing to abide by additional conditions imposed by the Court or pretrial services for the duration of his trip, such as additional check-ins with pretrial services. The Government opposes this request. Under the terms of his release, Mr. Cohen must remain within the Central District of California, the District of Nevada, the Southern District of New York, and the Eastern District of New York, with travel permitted between these districts.

We thank the Court for considering this request.

Respectfully submitted,

APPLICATION GRANTED
SO ORDERED _____
VERNON S. BRODERICK
U.S.D.J.    4/14/2026

Cristina Alvarez
BLOCH & WHITE LLP
Cristina Alvarez
90 Broad Street, Suite 703
New York, New York 10004
(646) 780-8055
calvarez@blochwhite.com

Cc:    AUSA Kevin Mead (by ECF)
       AUSA William Kinder (by ECF)
       AUSA Brandon Thompson (by ECF)
       Pretrial Services Officer Karina Chin Vilefort (SDNY) (by email)
       Pretrial Services Officer Michael Cryer (CDCA) (by email)

2