**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 08/19/2026

The sentencing scheduled for October 7, 2026 is hereby adjourned to November 6, 2026 at 11:00 AM. The deadline for objections to the PSR is adjourned to September 9, 2026. IT IS FURTHER ORDERED, that the time between October 7, 2026 and November 6, 2026 is excluded under the Speedy Trial Act, as such an exclusion of time is in the interest of justice and outweighs the interest of the public in a speedy trial, in order to continue to consider Defendant's post-trial motion.

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Darryl Cohen, 23 Cr. 134 (VSB)**

Dear Judge Broderick:

The sentencing in this case is currently scheduled for October 7, 2026 at 11:00 a.m. The Government requests an adjournment of the sentencing for approximately 30 days. The Government anticipates that all three Assistant United States Attorneys on this matter may be participating in trials on the current sentencing date or in the lead up to the current sentencing date. The defense consents to this request.

Objections to the initial draft of the Presentence Report ("PSR") are presently due on August 26, 2026. In light of the Government's request to adjourn the sentencing date, the parties agree to a two-week adjournment of the deadline to file objections to the initial draft of the PSR from August 26, 2026 to September 9, 2026.

The Government also requests that time be excluded as to Count One under the Speedy Trial Act until the new sentencing date, and the defendant does not object to such an exclusion.

Such an exclusion of time is in the interest of justice and outweighs the interest of the public in a speedy trial so that the Court can consider post-trial motions.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: */s/*
Kevin Mead
William C. Kinder
Brandon C. Thompson
Assistant United States Attorneys
(212) 637-2211/2394/2444

cc: Counsel of Record (by email)